IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAKESIA TRENT, | : | CIVIL ACTION |
| | : | NO.  10-1290 |
| v. | : | |
| | : | |
| TEST AMERICA, INC., et al. | : | |

**ORDER**

AND NOW, this 16th day of August, 2011, upon consideration of defendant Aerotek's motion to dismiss counts I and II of plaintiff's amended complaint, and all responses thereto, it is ORDERED that the motion is GRANTED.  Counts I and II of plaintiff's amended complaint are DISMISSED WITH PREJUDICE as to defendant Aerotek.

By the terms of my Order of October 21, 2010, the stay of this action has expired.  The parties shall confer and agree upon a revised scheduling Order to be submitted to the Court by counsel for the plaintiff within fourteen days of the date of this Order.

/s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.