IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAKESIA TRENT, | : | CIVIL ACTION |
| | : | NO.  10-1290 |
| v. | : | |
| | : | |
| TEST AMERICA, INC., et al. | : | |

**ORDER**

AND NOW, this 30th day of April, 2013, upon consideration of the motions for summary judgment by defendants Test America, Inc. (Dkt. No. 47) and Aerotek Scientific, LLC (Dkt. No. 48), plaintiff Lakesia Trent's' omnibus response thereto (Dkt. No. 53), Test America's reply (Dkt. No. 55) and revised statement of undisputed material facts (Dkt. No. 56), Aerotek's reply (Dkt. No. 57), plaintiff's supplemental memorandum of law addressing additional depositions (Dkt. No. 64), and Test America and Aerotek's replies to plaintiff's supplemental memorandum (Dkt. Nos. 67 and 68) it is ORDERED that defendants motions are GRANTED and JUDGMENT IS ENTERED in favor of defendants Test America, Inc. and Aerotek Scientific LLC and against plaintiff Lakesia Trent.

                                               *s/Thomas N. O'Neill, Jr.*
                                          THOMAS N. O'NEILL, JR., J.